UNITED STATES DISTRICT COURT
FOR THE STATE OF WASHINGTON

| | |
|---|---|
| TODD KIRKPATRICK,<br><br>                          Plaintiff,<br><br>vs.<br><br>DANIEL SCOTT and JANE DOE SCOTT and the marital community comprised thereof; CITY OF STANWOOD, a municipal corporation; SNOHOMISH COUNTY, a municipal corporation; JOHN DOE STANWOOD POLICE OFFICERS 1-10; JOHN DOE SNOHOMISH COUNTY POLICE OFFICERS 1-10,<br><br>                          Defendant. | NO.<br><br>NOTICE OF REMOVAL |

COMES NOW defendant Snohomish County and alleges as follows:

1. On September 25, 2015 the summons and complaint for damages in this matter were filed in Snohomish County Superior Court under Snohomish County Cause No. 15-2-06263-6. On October 13, 2015, an Amended Complaint was filed. On December 18, 2015, a copy of the Amended Complaint for damages and summons was served upon the Snohomish County Auditor's Office. A true and correct copy of the summons and the Amended Complaint is attached to this Notice of Removal.

2. The Amended Complaint alleges Defendants violated 42 U.S.C. § 1983 by depriving Plaintiff of rights protected by the Constitution and federal law. This Court has

- 1

s:\Civil\Litigation\Kirkpatrick, Todd
C15-097 (SCSC 15-2-06263-

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax (425)388-6333

federal question jurisdiction over such claims pursuant to 28 U.S.C. §1331, and supplemental jurisdiction over related claims under 28 U.S.C. §1367. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

3. This notice is filed with this court within 30 days after defendant's receipt of the initial pleading setting forth a claim arising under federal law.

4. The attached summons and Amended Complaint constitutes all pleadings, process and orders served on defendants by plaintiffs in this action. No motions are pending in the Snohomish County Superior Court.

WHEREFORE, defendants request that the above-entitled action be removed from the Superior Court of the State of Washington in and for the County of Snohomish to this court.

DATED this 5th day of January, 2016.

MARK K. ROE
Snohomish County Prosecuting Attorney

By /s/Katherine Bosch
KATHERINE BOSCH, WSBA # 43122
GEOFFREY A. ENNS, WSBA # 40682
Deputy Prosecuting Attorney
Attorney for Snohomish County Defendants

- 2

s:\Civil\Litigation\Kirkpatrick, Todd
C15-097 (SCSC 15-2-06263-

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

Case 2:16-cv-00006-RAJ    Document 1    Filed 01/04/16    Page 3 of 10

FILED
OCT 13 2015
SONYA KRASKI
SNOHOMISH COUNTY CLERK
EX OFFICIO CLERK OF COURT

RECEIVED
DEC 18 2015
PROSECUTING ATTORNEY
FOR SNOHOMISH COUNTY
CIVIL DIVISION
TIME:_____

RECEIVED
2015 DEC 18 PM 1:42
CAROLYN WEIKEL AUDITOR
SNOHOMISH COUNTY, WASH.
DEPUTY_____

SUPERIOR COURT, STATE OF WASHINGTON, SNOHOMISH COUNTY

TODD KIRKPATRICK,

    Plaintiff,

vs.

DANIEL SCOTT and JANE DOE SCOTT, and the marital community comprised thereof; CITY OF STANWOOD, a municipal corporation; SNOHOMISH COUNTY, a municipal corporation; JOHN DOE STANWOOD POLICE OFFICERS 1-10; JOHN DOE SNOHOMISH COUNTY POLICE OFFICERS 1-10,

    Defendants.

No. 15-2-06263-6

SUMMONS

TO: SNOHOMISH COUNTY

    A lawsuit has been started against you in the above-entitled Court by the above-named Plaintiffs. Plaintiffs' claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

    In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within twenty (20) days after the service of this Summons, excluding the day of service, or within sixty (60) days if named Defendant resides outside the State of Washington, or a Default Judgment may be entered against you without notice. A Default Judgment is one where Plaintiffs are entitled to what they ask for because you have not responded. If you serve a

SUMMONS - 1

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

1  Notice of Appearance on the undersigned person, you are entitled to notice before a Default Judgment may be entered.

2  You may demand that the Plaintiffs file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiffs must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

5  If you wish to seek the advice of an attorney in this matter, you should do so promptly so your written response, if any, may be served on time.

7  This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

9  DATED this 9th day of October, 2015

Dennis W. Clayton
Attorney for Plaintiff

*/s/ Dennis W. Clayton*
Dennis W. Clayton, WSBA No. 7464

SUMMONS - 2

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

FILED
OCT 13 2015
SONYA KRASKI
SNOHOMISH COUNTY CLERK
EX-OFFICIO CLERK OF COURT

RECEIVED
DEC 18 2015
PROSECUTING ATTORNEY
FOR SNOHOMISH COUNTY
CIVIL DIVISION

# SUPERIOR COURT, STATE OF WASHINGTON, SNOHOMISH COUNTY

| | |
|---|---|
| TODD KIRKPATRICK,<br><br>                   Plaintiff,<br><br>vs.<br><br>DANIEL SCOTT and JANE DOE SCOTT, and the marital community comprised thereof; CITY OF STANWOOD, a municipal corporation; SNOHOMISH COUNTY, a municipal corporation; JOHN DOE STANWOOD POLICE OFFICERS 1-10; JOHN DOE SNOHOMISH COUNTY POLICE OFFICERS 1-10.<br><br>                   Defendants | No. 15-2-06263-6<br><br>FIRST AMENDED<br>COMPLAINT FOR DAMAGES |

The above-named Plaintiff, TODD KIRKPATRICK, hereby amends his original complaint, adding SNOHOMISH COUNTY and JOHN DOE SNOHOMISH POLICE OFFICER 1-10, alleging as follows:

## I. JURISDICTION AND VENUE

1.0   All acts, omissions and injuries alleged herein occurred in the City of Stanwood, Snohomish County, State of Washington, and proper jurisdiction regarding this matter lies in Snohomish County.

1.1   Proper venue lies within Snohomish County.

FIRST AMENDED
COMPLAINT FOR DAMAGES - 1

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509) 838-4260
claytonlawfirm@comcast.net

## II.  PARTIES

2.0  Plaintiff was wrongfully injured as a proximate cause of negligent and/or reckless and/or intentionally wrongful acts and omissions of Defendants, which acts occurred in Snohomish County, State of Washington.

2.1  Defendants Daniel Scott and John Doe Stanwood Police Officers 1-10 are employees of Defendant City of Stanwood, and all acts, omissions and injuries complained of herein occurred within the scope of their employment.

2.2  Defendants John Doe Snohomish Police Officers 1-10 are employees of Defendant Snohomish County, and all acts, omissions and injuries complained of herein occurred within the scope of their employment.

2.3  The actions, inactions, and decisions of Stanwood Defendants John Does 1-10 were made with the knowledge, permission, and consent of their employer, and were made within the scope of their employment with the Defendant City of Stanwood as police officers and at all times material were acting within the scope of their employment.

2.4  The actions, inactions, and decisions of Defendants Snohomish County John Does 1-10 were made with the knowledge, permission, and consent of their employer, Snohomish County, and were made within the scope of their employment police officers and at all times material said police officers were acting within the scope of their employment.

2.5  Plaintiff is not aware of the true names of said John Doe Police Officers and their true names will be substituted when discovered.

FIRST AMENDED
COMPLAINT FOR DAMAGES - 2

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

### III. CLAIMS FOR DAMAGES FILED

3.0 Pursuant to RCW 4.96.020, Plaintiff timely filed a claim against the City of Stanwood and Snohomish County.

3.1 Neither the City of Stanwood nor Snohomish County responded to Plaintiff's claims as of the date of filing this amended complaint.

### IV. BACKGROUND FACTS

4.0 On September 25, 2012, Plaintiff committed bank robbery at Key Bank in the City of Stanwood, Washington.

4.1 As Plaintiff was engaged in robbery of said Key Bank, he possessed and displayed a handgun, which was observed by Stanwood police officer Daniel Scott.

4.2 At no time did Plaintiff point said handgun at officer Scott.

4.3 At no time did Plaintiff discharge said handgun.

4.4 Plaintiff exited and fled from Key Bank, pursued by officer Scott.

4.5 As Plaintiff fled Key Bank and proceeded toward and through adjacent commercial properties, officer Scott ordered Plaintiff to stop.

4.6 When Plaintiff did not stop upon officer Scott's order to stop, officer Scott fired his handgun, striking Plaintiff.

4.7 At some point shortly after being shot, Plaintiff fell to the ground, was no longer able to flee from officer Scott, and no longer presented a threat to officer Scott or others.

FIRST AMENDED
COMPLAINT FOR DAMAGES - 3

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

4.8 While Plaintiff's back was toward officer Scott, and Plaintiff was disabled and no longer presenting a threat to officer Scott, officer Scott unnecessarily discharged his firearm again, which shots also struck Plaintiff, unnecessarily causing additional injury to Plaintiff.

4.9 Officer Scott's conduct under the circumstances described in the preceding paragraph was excessive and constituted common law assault and battery.

4.10 The right to be free from excessive force is a clearly established right under the Fourth Amendment's prohibition against unreasonable seizures of the person.

4.11 Upon information and belief, Plaintiff alleges that the City of Stanwood obtains from Snohomish County various police-related services pursuant to contract, which services include, but are not necessarily limited to, training and training-related supervision, patrol and patrol-related supervision.

## V. FIRST CAUSE OF ACTION: ASSAULT AND BATTERY

5.0 Plaintiff realleges paragraphs 4.0 through 4.11, as though fully set forth here.

5.1 Defendant Scott's conduct constituted common law assault and battery, and was a direct and proximate cause of injury unnecessarily experienced by Plaintiff.

## VI. SECOND CAUSE OF ACTION: INADEQUATE TRAINING

6.0 Plaintiff realleges paragraphs 4.0 through 4.11, as though fully set forth here.

6.1 Defendant Scott's conduct was the product of inadequate training by his employer, City of Stanwood, and/or inadequate training by Snohomish County, which inadequate

FIRST AMENDED
COMPLAINT FOR DAMAGES - 4

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

training was a direct land proximate cause of Defendant Scott's use of excessive force, as described in paragraph 4.6, above.

6.2   Defendant City of Stanwood's and/or Snohomish County's failure to adequately train Defendant Scott constituted a deliberate indifference to the rights of Plaintiff and other members of the public Such inadequate training of Defendant Scott violated 42 U.S.C. § 1983, in that such inadequate training demonstrated a deliberate indifference to plaintiff's right to be free of excessive force in the course of his arrest.

6.3   Said inadequate training was a direct and proximate cause of unnecessary injuries Plaintiff suffered after he had been immobilized by officer Scott's initial gunshots.

## VII.   THIRD CAUSE OF ACTION: VIOLATION OF FOURTH AND FOURTEENTH AMENDMENTS

7.0   Plaintiff realleges paragraphs 4.0 through 4.11, as though fully set forth here

7.1   Defendants Scott, the City of Stanwood, and/or Snohomish County had a duty under 42 U.S.C. § 1983 to provide plaintiff his substantive due process rights under the Fourth Amendment and Fourteenth Amendment to the United States Constitution, including his right to be free from the use of excessive force.

7.2   Defendants' conduct violated Plaintiff's right to be free of the use of excessive force, which right is guaranteed by the Fourth and Fourteenth Amendments and enforceable pursuant to 42 U.S.C. § 1983.

FIRST AMENDED
COMPLAINT FOR DAMAGES - 5

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net

## VIII. REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff requests that the court enter judgment awarding the following relief:

8.0  Judgment for general damages, in such amount as shall be proven at time of trial.

8.1  Judgment for special damages, in such amount as shall be shown at time of trial.

8.2  Judgment for punitive damages, in such amount as shall be shown at time of trial.

8.3  Judgment for reasonable costs and attorney fees, as allowed by law.

8.4  Judgment for such other relief as the court shall find just and equitable.

DATED this 9th day of October, 2015

Dennis W. Clayton
Attorney for Plaintiff

Dennis W. Clayton, WSBA No. 7464

FIRST AMENDED
COMPLAINT FOR DAMAGES - 6

Dennis W. Clayton
Attorney at Law
423 West First Avenue
Suite 210
Spokane, WA 99201
(509) 838-4044
Fax (509)-838-4260
claytonlawfirm@comcast.net